IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| JANET K. HIGGINS | ) | |
| Plaintiff | ) | |
| vs. | ) | CIVIL ACTION NO.: |
| | ) | 4:17-CV-00257-WTM-GRS |
| THE CITY OF SAVANNAH, GEORGIA, | ) | |
| et. al., | ) | |
| Defendants | ) | |

**PLAINTIFF'S REQUEST TO SUPPLEMENT**

**PLAINTIFF'S MOTION FOR SANCTIONS**

NOW COMES Janet K. Higgins, Plaintiff Pro Se, alleging Misconduct, in violation of Federal Rules of Civil Procedure 11(b) and in accordance with Federal Rules of Civil Procedure 11(c)(2) on the part of Shalena Cook Jones, Bar No. 526846, attorney for the Defendants in the original case Civil Action File No. SPCV17-01109-MO in the Superior Court of Chatham County State of Georgia Removed as Civil Action No. 4:17-CV-00257-WTM-GRS to the United States District Court Southern District of Georgia Savannah Division. Plaintiff alleges misconduct and violation of Fed. R. Civ. P. 11(b) and wishes to add the following to Plaintiff's original Motion For Sanctions:

In addition to the 10 points listed in Plaintiff's original Motion, Plaintiff wishes the court to consider that Shalena Cook Jones' tampering with the administration of justice, in the indisputable manner which Plaintiff has alleged and has provided documentary evidence to support those allegations, involves far more than just injury to this Plaintiff. It is a wrong against the institutions set up to protect and safeguard the public; institutions in which fraud cannot complacently be tolerated consistently with the good order of society. The public welfare demands that the agencies of public justice be not so impotent that they must always be mute and helpless victims of deception and fraud.

When Defendants' attorney has engaged in the alleged actions of filing fraudulent documents, for the benefit of the Defendants and to the harm and inconvenience of the Plaintiff, and, even when by Declaration under Penalty of Perjury, Shalena Cook Jones declared such to be true and correct, when in fact the information was false, by providing said false information to the Court, Shalena Cook Jones demonstrates Bad Faith litigation and a disregard for the mechanism for protecting the integrity of the judicial process.

Shalena Cook Jones, when filing in an ongoing judicial proceeding, filed fraudulent documents specifically directed at affecting those proceedings, has committed "Fraud on the Court". As such, this Court may exercise it's inherent authority and sanction "Fraud on the Court" through Default. Plaintiff asserts that this Court has received clear and convincing evidence to support Plaintiff's allegations. Plaintiff asks this court, in view of the seriousness of the affront, by Shalena Cook Jones, to the judicial system, to impose the sanction of Default. More appropriately, Defendants' violated Rule 37 of the Federal Rules of Civil Procedure by deceitfully filing "Notice of Notice of filing Removal Notification" with the District Court and not with the Superior Court, thus effectuating the premature Removal and commencing Discovery by fraudulent means.

As previously stated, Defendants also violated Rule 11 of the Federal Rules of Civil Procedure when the falsification manifests itself in false pleadings, when Shalena Cook Jones continued the deceit by displaying a disregard for alternative sanctions by the Court for those misdeeds.

As previously asserted, Plaintiff additionally claims that Defendants have not ever filed proper "Answers" to Plaintiff's complaint within 30 days and did not ever file for a defense to that automatic default, with the Superior Court or to this Court.

Therefore, Plaintiff feels that she has provided the necessary evidence to this court for this Court to impose the Sanction of Default, as requested by this Plaintiff.

Respectfully submitted this 22nd day of February, 2018,

Janet K. Higgins
Plaintiff Pro Se

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day filed the foregoing pleading, Plaintiff's Request to Supplement Plaintiff's Motion to Sanction, with the Clerk of Court and upon Shalena Cook Jones, Attorney for the Defendants in this case via Certified USPS Return Receipt Requested, proper postage affixed and addressed as follows:

The Law Office of
Shalena Cook Jones
1909 Abercorn St.
Savannah, Georgia  31401

Janet K. Higgins
Plaintiff Pro Se
55 N Fresno Ave.
Hernando, Fl.  34442
352-270-2712   352-270-1475
jkhignz@gmail.com

# PRIORITY MAIL EXPRESS™

R FASTEST SERVICE IN THE U.S.

EM0482450470S

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

Janet K. Higgins
55 N Fiesta Ave
Hernando, FL 34442

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

U.S. District Court
Clerk of Court
125 Bull St.
Savannah, Ga. 31401

ZIP + 4® (U.S. ADDRESSES ONLY)

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 34477
Scheduled Delivery Date (MM/DD/YY): 02/23/18
Postage: $24.70

Date Accepted (MM/DD/YY): 02/22/18
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 12:20 ☐ AM ☐ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $24.70

Weight: ___ lbs ___ ozs   ☐ Flat Rate
Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   3-ADDRESSEE COPY



VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE




UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS™

July 2013  OD: 12.5 x 9.5