IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JANET K. HIGGINS, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE CITY OF SAVANNAH, GEORGIA, ) | CAFN:4:17-CV-00257-WTM/GRS |
| EDDIE DELOACH, VAN R. JOHNSON, ) | |
| BILL DURRENCE, JOHN HALL, ) | |
| DR. ESTELLA EDWARDS SHABAZZ, ) | |
| BROOKS STILLWELL, ) | |
| CAROLYN BELL, BRIAN FOSTER, ) | |
| TONY THOMAS, JULIAN MILLER, ) | |
| JOHN SAWYER, ROB HERNANDEZ, ) | |
| and RICHARD SPIVEY, ) | |
| Defendants. ) | |

## **NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

Comes now, SHALENA COOK JONES and respectfully notifies all Judges before whom she has cases pending, all affected Clerks of Court and all Counsel of Record, of her change of address pursuant the Administrative Procedures for the United States District Court for the Southern District of Georgia and the other applicable rules of court. The new address has also been updated on the CM/ECF electronic filing system.

The undersigned respectfully requests that all future pleadings, memoranda, correspondence, orders, etc. be hereafter sent to:

Shalena Cook Jones, Esq.
**THE LAW OFFICE OF SHALENA COOK JONES, LLC**
1909 Abercorn Street
Savannah, Georgia 31401
Tel.: (912) 501-3434
Fax: (912) 501-3504
Email: sjones@joneslawofc.com

Respectfully submitted, this 18th day of April, 2018.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JANET K. HIGGINS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE CITY OF SAVANNAH, GEORGIA, | ) | CIVIL ACTION NO.:SPRV17-01109-MO |
| EDDIE DELOACH, VAN R. JOHNSON, | ) | |
| BILL DURRENCE, JOHN HALL, | ) | |
| DR. ESTELLA EDWARDS SHABAZZ, | ) | |
| BROOKS STILLWELL, | ) | |
| CAROLYN BELL, BRIAN FOSTER, | ) | |
| TONY THOMAS, JULIAN MILLER, | ) | |
| JOHN SAWYER, ROB HERNANDEZ, | ) | |
| and RICHARD SPIVEY, | ) | |
|     Defendants. | ) | |

**THE LAW OFFICE OF
SHALENA COOK JONES, LLC**

 /s/ Shalena C. Jones
**Shalena Cook Jones, Esq.**
Georgia Bar No.: 526846

1909 Abercorn Street
Savannah, Georgia 31401
Tel.: (912) 501-3434
Fax: (912) 501-3504
Email: sjones@joneslawofc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JANET K. HIGGINS,      ) | |
|     Plaintiff,      ) | |
|       ) | |
| vs.      ) | |
|       ) | |
| THE CITY OF SAVANNAH, GEORGIA,   ) | CIVIL ACTION NO.: |
| EDDIE DELOACH, VAN R. JOHNSON,   ) | 4:17-CV-00257- WTM/GRS |
| BILL DURRENCE, JOHN HALL,      ) | |
| DR. ESTELLA EDWARDS SHABAZZ,   ) | |
| BROOKS STILLWELL,      ) | |
| CAROLYN BELL, BRIAN FOSTER,   ) | |
| TONY THOMAS, JULIAN MILLER,   ) | |
| JOHN SAWYER, ROB HERNANDEZ,   ) | |
| and RICHARD SPIVEY,      ) | |
|     Defendants.      ) | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day filed and served a true and accurate copy of the foregoing pleading, **NOTICE OF CHANGE OF ADDRESS OF COUNSEL,** upon Plaintiff *pro se* by filing same using the CM/ECF electronic system and by forwarding same via U.S. Mail, with proper postage affixed thereto and addressed as follows:

Ms. Janet K. Higgins, *Plaintiff Pro Se*
55 N. Fresno Avenue
Hernando, Florida 34442

This 18th day of April, 2018.

                                            _/s/ Shalena C. Jones_____
                                            **SHALENA COOK JONES**