IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JANET K. HIGGINS, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV417-257
 )
THE CITY OF SAVANNAH GEORGIA, )
EDDIE DELOACH, VAN R. )
JOHNSON, BILL DURRENCE, JOHN )
HALL, DR. ESTELLA EDWARDS )
SHABAZZ, BROOKS STILLWELL, )
CAROLYN BELL, BRIAN FOSTER, )
TONY THOMAS, JULIAN MILLER, )
JOHN SAWYER, ROB HERNANDEZ )
and RICHARD SPIVEY, )
 )
    Defendants. )
_____ )



## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 28), to which objections have been filed (Doc. 29). After a careful de novo review of the record in this case, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's Motion to Remand (Doc. 5) is **GRANTED** and Plaintiff's complaint is **REMANDED** to the Superior Court of Chatham County. Plaintiff's Motion for Special Consideration (Doc. 8), Motion for Entry of Default (Doc. 9), Motion for Hearing (Doc. 11), Motion to Qualify

and Restrict Time for Defendants to Respond (Doc. 18), Motion in Favor of Summary Judgment (Doc. 22), Motions to Strike (Doc. 23; Doc. 24), Motion in Opposition (Doc. 26), and Motion to Supplement (Doc. 27) are all **DISMISSED AS MOOT**. Plaintiff's Motion for Sanctions (Doc. 21) is **DENIED**.

No party objected to the Magistrate Judge's recommendation that this case be remanded. Rather, Plaintiff objected to the Magistrate Judge's recommendation that Defendants not be sanctioned in this case. On that score, this Court agrees entirely with the Magistrate Judge's recommendation. Even assuming Plaintiff had complied with the safe-harbor provision of Federal Rule of Civil Procedure 11(c)(2), the Court finds the record in this case devoid of any evidence that would warrant the extreme action of imposing of sanctions against Defendants.

SO ORDERED this 29th day of May 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA